AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Julio Cesar Corona-Corona

**CRIMINAL COMPLAINT**

Case Number:   M-19-0929-M

IAE   YOB: 1995
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 23, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Julio Cesar Corona-Corona was encountered by Border Patrol Agents near Mission, Texas on April 23, 2019. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 23, 2019 near Hidalgo Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 6, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 17, 2018, the defendant was convicted of Illegal Entry and sentenced to sixty (60) days confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Approved by AUSA S. DiPiazza 4/25/19 @ 8:28 am

Sworn to before me and subscribed in my presence,

April 25, 2019  — 8:45 a.m.

Juan F. Alanis  , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Julio C. Pena   Senior Patrol Agent

Signature of Judicial Officer